JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT BAUTISTA GUZMAN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>Respondent. | Case No. 2:19-cv-02054-SK<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition and Denying Certificate of Appealability, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and that this action is dismissed with prejudice.[1]

DATED: <u>March 1, 2021</u>

_____
STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Both parties consented to proceed before the undersigned for all proceedings, including entry of judgment (ECF 12, 18, 19).  *See* 28 U.S.C. § 636(c)(1).